大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •   Salans FMC SNR Denton McKenna Long
dentons.com

April 21, 2020

> Application GRANTED.  The parties' deadline to engage in early mediation in ADJOURNED *sine die*; the initial pretrial conference remains scheduled as is.  The Clerk of Court is directed to terminate ECF No. 11.  SO ORDERED.
>
> [signature]
>
> April 22, 2020

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:     *Cruz v. Semihandmade Incorporated.*: Case No. 1:20-cv-1903-JMF

Dear Judge Furman:

We represent defendant Semihandmade Incorporated ("Defendant") in the above-referenced matter.  We write on behalf of the parties to jointly and respectfully move the Court to adjourn the early mediation currently to take place before May 19, 2020 (Dkt. 6).

The counsel for the parties are currently in communication regarding plaintiff's claims and allegations, and do not believe that use of Court resources is required at this time to further their efforts to explore the voluntary dismissal of all claims.  The request is further warranted in light of the current closures and complications created by concerns over COVID-19.

We thank the Court for its courtesies and consideration.

                                  Respectfully submitted,

                                  */s/ Timothy J. Straub*
                                  Timothy J. Straub

cc:     All counsel of record (by ECF)