大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •   **Salans FMC SNR Denton McKenna Long**
dentons.com

> Application GRANTED.  Defendant's deadline to answer the Complaint is EXTENDED to **June 29, 2020**; the initial pretrial conference is RESCHEDULED to **July 14, 2020, at 2:30 p.m**.  The Clerk of Court is directed to terminate ECF No. 15.  SO ORDERED.
>
> *[signature]*
>
> May 13, 2020

May 13, 2020

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Cruz v. Semihandmade Incorporated.*: Case No. 1:20-cv-1903-JMF

Dear Judge Furman:

We represent defendant Semihandmade Incorporated ("Defendant") in the above-referenced matter.  We write on behalf of the parties to jointly and respectfully move the Court to adjourn the Initial Pretrial Conference currently scheduled to take place on May 19, 2020 (Dkt. 6).

Defendant also respectfully requests that the Court reset the deadline for it to answer, move, or otherwise respond to Plaintiff's Complaint from May 28, 2020 to June 29, 2020.  Plaintiff consents to this request.  This is the second request for an extension of time to respond to Plaintiff's Complaint (Dkt. 9), and the Court granted the first request (Dkt 10).

The parties are in communication regarding the dismissal of all claims asserted in this action and believe that the additional time will further facilitate these discussions.  The parties further respectfully submit that their requests are warranted in light of the current closures and complications created by concerns over COVID-19.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)